IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN JONES**                                                                                                      **PLAINTIFF**

V.                              CASE NO. 3:19-CV-301-KGB-BD

**TY FRAISER,** *et al.*                                                                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

I.  **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Mr. Jones may file written objections if he disagrees with the findings or conclusions set out in the Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Jones may waive any right to appeal questions of fact.

II.  **Discussion:**

Clarence Anderson filed this federal civil rights lawsuit without the help of a lawyer, on behalf of Brandon Williams, Kevin Jones, and himself. (Docket entry #1) Each Plaintiff's claims were filed as a separate lawsuit, in conformity with court procedure. All three Plaintiffs signed the complaint, but only Mr. Williams filed a motion to proceed *in forma pauperis* (IFP). Therefore, the Court ordered Mr. Jones to address his

filing fee requirement by filing an IFP application or by paying a $400 fee within thirty days of November 5, 2019. (#2) The Court specifically cautioned Mr. Jones that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed. (#2)

As of this date, Mr. Jones has neither filed a complete IFP application nor paid the filing fee, as ordered. The time to do so has expired.

### III.    Conclusion:

The Court recommends that Mr. Jones's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 5, 2019 Order and his failure to prosecute this lawsuit.

DATED this 6th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE