IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN JONES**                                                                                            **PLAINTIFF**

v.                                       Case No. 3:19-cv-00301 KGB-BD

**TY FRAISER,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition by United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Kevin Jones' claims (Dkt. No. 1).

It is so ordered this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge