IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN JONES**                                                                                   **PLAINTIFF**

v.                          Case No. 3:19-cv-00301 KGB-BD

**TY FRAISER,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Kevin Jones' claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge